FILED
08 APR 11

'08 MJ 1108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>Jorge Luis HIGUERA-Lopez )<br>)<br>Defendant, )<br>_____ ) | Magistrate Case Number: _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about April 10, 2008, within the Southern District of California, Jorge Luis HIGUERA-Lopez, did knowingly and intentionally import approximately 1.25 kilograms of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF APRIL, 2008.

_____
MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On April 10, 2008, at approximately 11:00 a.m., Jorge Luis HIGUERA-Lopez made application for admission into the U.S. from Mexico at the San Ysidro Port of Entry (POE) driving a gold Nissan Altima bearing Baja California Mexico license plate: BDZ5671. U.S. Customs and Border Protection Officer (CBPO) Ongsioco was performing pre-primary duties in lane #24 which entails a roving patrol in front of the primary booths. CBPO Ongsioco asked HIGUERA for a Customs declaration and HIGUERA's citizenship. HIGUERA said to CBPO Ongsioco that he was not bringing anything from Mexico into the U.S. and that his country of citizenship was Mexico and presented a valid DSP-150 (Border Crosser card). CBPO Ongsioco then asked HIGUERA the purpose of his trip to San Ysidro. HIGUERA replied that he was going to a vehicle auction in Chula Vista. HIGUERA then said that he bought the car 6 months ago and showed a valid Baja California registration card which listed Roberto TAPIA Pichardo as the registered owner. HIGUERA added that he had not registered the car in his own name. CBPO Ongsioco asked HIGUERA what his occupation was. HIGUERA said that he was a lawyer in Tijuana, Mexico. This was when CBPO Ongsioco noticed that HIGUERA was avoiding eye contact, his face was very pale and that his hands were shaking. CBPO Ongsioco performed a field inspection of the car, tapped the gas tank with his hand and it felt abnormally solid, with no vibration, as if very little liquid was inside. CBPO Ongsioco saw that the gas tank showed recent scratches on the screw and bolt tops. CBPO Ongsioco called for a Narcotic Detection Dog (NDD).

CBPO Smithson responded with his NDD. CBPO Smithson's NDD alerted to the rear of the vehicle. CBPO Ongsioco escorted HIGUERA to the secondary inspection lot. CBPO Ongsioco used a fiber-optic scope to look inside the gas tank and saw packages inside next to the sending unit.

A subsequent CBP border search of the vehicle's gas tank revealed two (2) vacuum sealed packages of a dark-colored substance, which weighed approximately 1.25 kilograms. A presumptive field-test of the substance indicated a positive reaction to the presence of heroin.

HIGUERA was read and waived his constitutional rights under Miranda and admitted that he was to receive approximately $700 USD as compensation for delivering the vehicle, containing what he believed to be marijuana, from Mexico into the U.S. and dropping it off near the local airport and ARCO gas station in the Otay Mesa area of San Diego.

The vehicle, heroin and cellular phones were retained as evidence. HIGUERA was booked into the Metropolitan Correctional Center San Diego pending federal judicial proceedings.