**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Higuera-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 08mj1108 |
| Plaintiff,  ) | |
| v.  ) | **NOTICE OF APPEARANCE** |
| **JORGE LUIS HIGUERA-LOPEZ,**  ) | |
| Defendant.  ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: April 15, 2008

 s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org