FILED

MAY 0 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1492-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony) |
| JORGE LUIS HIGUERA-LOPEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 10, 2008, within the Southern District of California, defendant JORGE LUIS HIGUERA-LOPEZ, did knowingly and intentionally import 1 kilogram or more, to wit: approximately 1.25 kilograms (2.75 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/8/08.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
4/23/08