1  KAREN P. HEWITT
United States Attorney
2  GEORGE V. MANAHAN
Assistant United States Attorney
3  California State Bar No. 239130
United States Attorney's Office
4  880 Front Street, Room 6293
San Diego, California 92101-8893
5  (619) 557-7174 (Phone)        (619) 235-2757 (Fax)
E-mail: George.Manahan@usdoj.gov
6
Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )    Criminal Case No. 08-cr-1492-LAB
                                      )
11              Plaintiff,            )
                                      )    NOTICE OF APPEARANCE
12          v.                        )
                                      )
13  JORGE LUIS HIGUERA-LOPEZ,         )
                                      )
14              Defendant.            )
                                      )

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17          I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18          I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20          Effective this date, the following attorneys are no longer associated with this case and should

21  not receive any further Notices of Electronic Filings relating to activity in this case:

22              U S Attorney CR.

23          Please feel free to call me if you have any questions about this notice.

24          DATED:  June 18, 2008.

25                                          KAREN P. HEWITT
                                            United States Attorney
26

27                                          s/ George V. Manahan
                                            George V. Manahan
28                                          Assistant United States Attorney

                                                        08-cr-1492-LAB

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )         Criminal Case No. 08-cr-1492-LAB
                                            )
12                        Plaintiff,        )
                                            )         CERTIFICATE OF SERVICE
13            v.                            )
                                            )
14   JORGE LUIS HIGUERA-LOPEZ,              )
                                            )
15                        Defendant.        )
                                            )
16

IT IS HEREBY CERTIFIED THAT:

17

            I, George Manahan, am a citizen of the United States and am at least eighteen years of age.  My
18   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

19          I am not a party to the above-entitled action.  I have caused service of the foregoing NOTICE OF
     APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the
20   District Court using its ECF System, which electronically notifies them:

21               Marc Bruce Geller
                 Law Offices of Marc B Geller
22               1202 Kettner Boulevard
                 Suite 4200
23               San Diego, CA 92101-3342
                 Email: marcbgeller@aol.com
24               Attorney for Defendant

25          I declare under penalty of perjury that the foregoing is true and correct.

26          EXECUTED on June 18, 2008.

27                                               s/ *George V. Manahan*
                                                 GEORGE V. MANAHAN
28

                                                  2                         08-cr-1492-LAB